JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICHARD LEE THOMAS JR., | No. 5:21-cv-01912-CJC (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: February 24, 2022

_____
CORMAC J. CARNEY
United States District Judge